THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Roland
 Pryor, Sr.,                                                Petitioner, 
 
 
 

v.

 
 
 
 State
 of South Carolina,                                      Respondent.
 
 
 

Appeal From Aiken County
James R. Barber, III, Plea Judge
D.
Garrison Hill, Post-Conviction Relief Judge

Unpublished Opinion No. 2009-UP-534
Submitted November 2, 2009  Filed November 19, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy
 Attorney John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Mary
 S. Williams, all of Columbia, for
 Respondent.  
 
 
 

PER CURIAM:  This matter is
 before the Court on a petition for a writ of certiorari following the dismissal
 of Petitioner's application for post-conviction relief (PCR) and the granting of a belated
 appeal of Petitioners guilty plea to criminal sexual conduct with a minor in
 the second degree.  On the direct appeal issue, counsel has submitted a brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), asserting petitioners plea was not
 voluntarily and knowingly made.  Counsel attached to the brief a petition to be
 relieved, stating that she had reviewed the record and concluded this appeal
 lacks merit.  Petitioner did not file a separate pro se brief.    
Because evidence
 supports the PCR judges finding that Petitioner did not knowingly and
 intelligently waive his right to a direct appeal, we grant certiorari and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986) and White
 v. State, 263 S.C. 110, 208 S.E.2d 35
 (1974).
After a thorough review of
 the record and counsel's brief, pursuant to Anders and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Petitioners
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and HUFF and
 GEATHERS, JJ., concur.   

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.